**WO** JKM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Asuwafo Ejedawe, ) | No. CV 06-2708-PHX-SMM (ECV) |
| ) Petitioner, ) | **ORDER** |
| ) vs. ) | |
| ) Phillip Crawford, et al., ) | |
| ) Respondents. ) | |

Petitioner Patrick Asuwafo Ejedawe (A27-918-837), who is confined in the Eloy Detention Center in Eloy, Arizona, has filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a Motion to Proceed In Forma Pauperis. The Court will deny Petitioner's Motion to Proceed In Forma Pauperis without prejudice and allow him thirty days to file a properly certified application to proceed *in forma pauperis*.

**I. Motion to Proceed In Forma Pauperis**

Under Rule 3.5(b) of the Local Rules of Civil Procedure, the $5.00 filing fee must be paid if a habeas corpus petitioner has more than $25.00 in his inmate accounts. If a petitioner has less than $25.00 in his inmate accounts, he may seek leave to proceed without payment of the filing fee by filing an application to proceed *in forma pauperis*. An application to proceed *in forma pauperis* must be filed on a Court-approved with a certification of an authorized officer of the institution in which the petitioner is confined as to the amount of money in the inmate's institutional account. Petitioner's Motion to Proceed In Forma Pauperis is not on the court-approved form and it does not include a certification by the

**JDDL**

1 appropriate official at the institution where he is confined.  Accordingly, Petitioner will be
2 given thirty (30) days in which to either pay the filing fee or file a properly certified
3 Application to Proceed *In Forma Pauperis*.

4 **II.  Warnings**

5     **A.  Address Changes**

6     Petitioner must file and serve a notice of a change of address within ten (10) days of
7 the date his move is effective.  LRCIV 83.3(d).  Petitioner must not include a request for any
8 other relief in his notice of change of address.

9     **B.  Copies**

10     Petitioner must serve Respondent, or counsel if an appearance has been entered, a
11 copy of every document that he files.  FED. R. CIV. P. 5(a).  Each filing must be accompanied
12 by a certificate stating that a copy of the filing was served.  FED. R. CIV. P. 5(d).  Petitioner
13 also must submit an additional copy of every filing for use by the Court.  LRCIV 5.4.  The
14 Court may strike any filing that fails to comply with these requirements.

15     **C.  Possible dismissal**

16     If Petitioner fails to timely comply with every provision of this Order, including these
17 warnings, this action will be dismissed without further notice.  See Ferdik v. Bonzelet, 963
18 F.2d 1258, 1260-61 (9th Cir. 1992) (district court may dismiss action for failure to comply
19 with any order of the Court).

20 **IT IS ORDERED:**

21     (1)  Petitioner's Motion to Proceed In Forma Pauperis (attached to his Petition) is
22 **denied** without prejudice.  Petitioner must either pay the $5.00 filing fee or file a properly
23 signed and certified Application to Proceed *In Forma Pauperis* within thirty (30) days of the
24 date this Order is filed.

25     (2)  The Clerk of Court must enter a judgment of dismissal of this action without
26 prejudice and without further notice to Petitioner if Petitioner fails to either pay the five
27 dollar filing fee **or** file a certified Application to Proceed *In Forma Pauperis* by a Prisoner
28 within thirty (30) days of the date this Order is filed.

1  (3) The Clerk of Court must provide to Petitioner the current Court-approved form
2 for filing an Application to Proceed *In Forma Pauperis* by a Prisoner (Habeas).
3  DATED this 27th day of November, 2006.

Stephen M. McNamee
United States District Judge

_____
Name and Prisoner/Booking Number

_____
Place of Confinement

_____
Mailing Address

_____
City, State, Zip Code

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| _____, | ) | |
| Petitioner, | ) | CASE NO. _____ |
|  | ) | |
| vs. | ) | |
|  | ) | APPLICATION TO PROCEED |
| _____, | ) | *IN FORMA PAUPERIS* |
| Respondent(s). | ) | BY A PRISONER |
|  | ) | (HABEAS) |

   I, _____, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

   In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently employed at the institution where you are confined?  ☐Yes  ☐No
   If "Yes," state the amount of your pay and where you work. _____
   _____
   _____

2. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☐No
   If "Yes," state the source and amount of the payments. _____
   _____
   _____

98-ifphab
Revised 6/98

1

3. Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?                                                                                    GYes          GNo
   If "Yes," state the sources and amounts of the income, savings, or assets. _____
   _____
   _____

I declare under penalty of perjury that the above information is true and correct.

_____                                    _____
         DATE                                                  SIGNATURE OF APPLICANT

---

### CERTIFICATE OF CORRECTIONAL OFFICIAL
### AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, _____, certify that as of the date applicant signed this application:
       (Printed name of official)

The applicant's trust account balance at this institution is:  $_____.

_____
DATE            AUTHORIZED SIGNATURE            TITLE/ID NUMBER            INSTITUTION

2