**WO**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

|  |  |
|---|---|
| Patrick Asuwafo Ejedawe,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>Phillip Crawford, et al.,<br><br>　　　　　Respondents. | No. CV 06-2708-PHX-SMM (ECV)<br><br>**ORDER** |

Currently before the Court is Petitioner's Motion to Compel Respondents to Comply with the Provisions of the Federal Rules of Civil Proceedings [sic] (Doc. 15). The Court finds that because Respondents' were granted by the Court extensions of time within which to file their Answer, and the Answer was then filed within the permitted time frame, notably, almost contemporaneously with the pending motion, no prejudice has or will attach by denying Petitioner's motion.[1]

Accordingly,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced motion only (Doc. 15). All other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

---

[1] The Answer was filed on May 23, 2007, and the pending motion was filed on June 1, 2007.

1    **IT IS FURTHER ORDERED DENYING** Petitioner's Motion to Compel
2 Respondents to Comply with the Provisions of the Federal Rules of Civil Proceedings [sic]
3 (Doc. 15).

4    DATED this 24th day of January, 2008.

```
                                    Stephen M. McNamee
                                    United States District Judge
```