**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Asuwafo Ejedawe,<br><br>          Petitioner,<br><br>vs.<br><br>Phillip Crawford, et al.,<br><br>          Respondents. | No. CV 06-2708-PHX-SMM (ECV)<br><br>**ORDER** |

Currently before the Court is Petitioner's Emergency Motion for Extension of Time to Respond to the Report and Recommendation (Doc. 21). Due to Petitioner's housing lock down, Petitioner requests that this Court grant him until June 6, 2008 to file his opposition to the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Petitioners Emergency Motion for an Extension of Time to Respond to the Report and Recommendation.

**IT IS FURTHER ORDERED** that Petitioner shall file his Opposition no later than June 6, 2008. The Opposition brief shall not exceed ten (10) pages in length.

DATED this 15th day of May, 2008.

Stephen M. McNamee
United States District Judge